Steven T. Gubner, Esq. – State Bar No. 156593
EZRA | BRUTZKUS | GUBNER LLP
16830 Ventura Blvd., Suite 310
Encino, CA 91436
Telephone: (818) 995-0215
Facsimile: (818) 501-3618

Attorneys for The Official Committee of
Unsecured Creditors of Lux Corporation dba
Mr. Rags

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>ARIS INDUSTRIES, INC.,<br><br>                    Debtor. | Case No. LA04-32026ER<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE**<br><br>No Hearing Required |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, DEBTOR AND DEBTOR'S ATTORNEY OF RECORD, AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors of Lux Corporation dba Mr. Rags hereby requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice of Meeting of Creditors, Notice of Claims Bar Date, Plan of Reorganization, Disclosure Statement and Dismissal Order), shall be given to and served upon the undersigned at the following address and telephone number:

> EZRA | BRUTZKUS | GUBNER LLP
> Attn : Steven T. Gubner, Esq.
> 16830 Ventura Blvd., Suite 310
> Encino, California 91436
> Telephone: (818) 995-0215
> Facsimile: (818) 501-3618
> e-mail: sgubner@ebg-law.com

Ezra | Brutzkus | Gubner LLP
16830 Ventura Blvd.
Suite 310
Encino, CA 91436

F:\Cases\Mr. Rags\ARIS Req. for Sp Ntc.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

DATED: November 3, 2004                EZRA | BRUTZKUS | GUBNER LLP

By: _____
Steven T. Gubner
Attorney for the Official Committee of
Unsecured Creditors of Lux Corporation dba
Mr. Rags

Ezra | Brutzkus | Gubner LLP
16830 Ventura Blvd.
Suite 310
Encino, CA 91436

2

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am a resident of the County of Los Angeles, State of California; am over the age of eighteen years, and not a party to the within action; my business address is 16830 Ventura Boulevard, Suite 310, Encino, California 91436.

    On November 4, 2004, I served the foregoing document described as: **REQUEST FOR SPECIAL NOTICE** on all interested parties in this action by placing a true and correct copy thereof in the United States mail, postage prepaid at Encino, California and addressed as follows:

**SEE ATTACHED SERVICE LIST**

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Encino, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 4, 2004, at Encino, California.

Lisa R. Chiarella

Ezra | Brutzkus | Gubner LLP
16830 Ventura Blvd.
Suite 310
Encino, CA 91436

3

## SERVICE LIST

Debtor
Aris Industries, Inc.
525 – 7th Avenue, Suite 701
New York, NY  10018

Attorney for Debtor
David B. Golubchik
Levene, Neale, Bender, Rankin & Brill
1801 Avenue of the Stars, Suite 1120
Los Angeles, CA 90067

United States Trustee
Office of the U.S. Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

20 Largest Creditors
Joseph P. Leon
c/o Sieratzki Ceocarelli & Weprin
426 Broadway Associates, LP
New York, NY  10005

Russell Simmons
Phat Fashions, LLC
521 7th Avenue, 43rd Floor
New York, NY  10018

Debra J. Guzon, Esq.
Christi A. Wilson
Guzov Offsink & Flink LLP
600 Madison Avenue, 14th Floor
New York, NY  10022

Fashion World – Santa LP
9629 Brighton Way, 2nd Floor
Beverly Hills, CA  90210

CIT Equipment Finance
Attn:  Mark Magnozzo
Helfand & Helfand
60 East 42nd Street
New York, NY  10165

Perry Ellis International
Attn:  Geri Mankoff, Esq.
3000 N.W. 107th Avenue
Miami, FL  33172

Skadden, Arps, Slate, Meager & Flom
Attn:  Eileen Nugent, Esq.
4 Times Square, Room 45400
New York, NY  10036

Ezra | Brutzkus | Gubner LLP
16830 Ventura Blvd.
Suite 310
Encino, CA 91436

4


Hitch & Trail, Kosoo K. Trading Co.
Suhjoon Industrial & BHT Trading
Ballon & Stoll, Bader & Nadler PC
1450 Broadway, 14th Floor
New York, NY 10018

Leonard Benowich
Sieman's Financial Services
Roosevelt & Benowich LLP
1025 Westchester Avenue
West Harrison, NY 10604

Jeffrey S. Cott
Bristol Industrial I, LLC
c/o Bristol Group, Inc.
400 Montgomery Street, Suite 400
San Francisco, CA 94104

Krantz & Berman LLP
Attn: Marjorie Berman, Esq.
757 3rd Avenue, 25th Floor
New York, NY 10018

GE Capital Corporation
Attn: Stan Zurbin
44 Old Ridgebury Road
Danbury, CT 06810

Texpop Textiles
AV Tomas Valle 671
Lima
31 PERU

Verizon
PO Box 1100
Albany, NY 12250-0001

Cofaco
Attn: George Tompkins, III
Schnader, Harrison & Lewis LLP
140 Broadway, Suite 3100
New York, NY 10005

Camper's World
Attn: Stanley R. Goodman, Esq.
Goodman & Saperstein
666 Old Country Road
Garden City, NY 11530

Medalion Media, Inc.
Attn: Mike Mostoff
Maidman & Mittleman LLP
70 East 55th Street
New York, NY 10022

Ezra | Brutzkus | Gubner LLP
16830 Ventura Blvd.
Suite 310
Encino, CA 91436

5

| | |
|---|---|
| 1 | Premium Financing Specialists, Inc.<br>PO Box 419090 |
| 2 | Kansas City, MO  64141-6090 |
| 3 | AAR-ZEE Services, Inc. |
| | 333 Ten Eyck Street |
| 4 | Brooklyn, NY  11206 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Ezra | Brutzkus | Gubner LLP
16830 Ventura Blvd.
Suite 310
Encino, CA 91436

6